UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CV-64-F

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| for the use and benefit of BEELER | ) | |
| BARNEY AND ASSOCIATES | ) | |
| MASONRY CONTRACTORS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVELERS CASUALTY AND | ) | |
| SURETY COMPANY, | ) | |
| Defendant. | ) | |
| | ) | |

The parties move to consolidate this case and case number 2:14-CV-21-F and to stay discovery pending the ruling on the motion for judgment on the pleadings. The court is inclined to grant the motion to consolidate the cases. However, before it can do so, the parties need to identify the proper arrangement of the parties in the consolidated case. For example, it is not clear whether Beeler Barney would be a plaintiff, third-party plaintiff, or defendant (or some combination thereof) in the consolidated case. Accordingly, the parties are DIRECTED to notify the court of the proper arrangement of the parties for purposes of the case caption in the consolidated case **on or before June 30, 2014.** The motion to stay discovery pending the outcome of the motion for judgment on the pleadings (filed in case no. 2:13-CV-64) is ALLOWED. The Rule 26(f) conference deadline and all discovery is hereby STAYED pending the outcome of the motion for judgment on the pleadings. The motion to consolidate cases is

HELD IN ABEYANCE pending counsel's response as explained above.

SO ORDERED.

This the **2 3** day of June, 2014.

_James C. Fox_

JAMES C. FOX
Senior United States District Judge

2