UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CV-64-F

| | |
|---|---|
| VETERAN CONSTRUCTORS, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEELER BARNEY AND ASSOCIATES )<br>MASONRY CONTRACTORS, INC., and )<br>LEXON INSURANCE COMPANY, )<br>Defendants. )<br>_____ )<br>)<br>UNITED STATES OF AMERICA, for )<br>the use and benefit of BEELER BARNEY )<br>AND ASSOCIATES MASONRY )<br>CONTRACTORS, INC., )<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA, )<br>Third-Party Defendant )  | ORDER |

This matter is before the court on the parties' joint motion to consolidate cases [DE-18]. The motion is ALLOWED and this case is hereby CONSOLIDATED with case number 2:14-CV-21-F. All pleadings filed in 2:14-CV-21-F are hereby deemed filed in this case. Counsel should file all future pleadings solely in this case (2:13-CV-64-F). Solely for purposes of identifying the parties in the case caption on future pleadings, the parties may use the arrangement of the parties above. While Beeler Barney ("BBA") and Travelers are designated third-party plaintiffs/defendants above, this arrangement is strictly for identification purposes

only and BBA's claims against Travelers are not limited to liability for all or part of Veteran's claims against BBA and/or Lexon. The Clerk of Court is DIRECTED to modify the case caption in CM/ECF so that it reflects the above arrangement of the parties and to note in CM/ECF that case 2:14-CV-21-F is consolidated with case 2:13-CV-64-F.

SO ORDERED.

This the ___ day of July, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge